UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10348RGS

**JEFFREY WITHAM**
    **Plaintiff,**

v.

**CITY OF SALEM, MAYOR STANLEY USOVICZ,**
**OFFICER PATRICIA MURPHY,**
**CHIEF ROBERT ST. PIERRE,**
**OFFICER DUBIEL and OFFICER SHAFFAVAL,**
    **Defendants,**

## NOTICE OF APPEARANCE

    Kindly enter my appearance for the defendants, City of Salem, Stanley Usovicz, Patricia Murphy, Robert St. Pierre, Peter Shaffaval, and Frederick Dubiel.

    S/James W. Simpson, Jr,.
    James W. Simpson, Jr.
    BBO#634344
    MERRICK, LOUISON &
    COSTELLO, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

**CERTIFICATE OF SERVICE**

     I, James W. Simpson, Jr., hereby certify that on the 15th day of March, 2005, I served the foregoing by causing a copy to be electronically filed and mailed, postage prepaid, directed to John MacLachlan, Esq.**,** MACLACHIAN & ALLEN, LLP, 201 Washington Street, Suite 4, Salem, MA 01970.

                                                                    S/James W. Simpson, Jr..
                                                                    James W. Simpson, Jr.