

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO: Clerk
Essex County Court
Superior Court House
34 Federal St
Salem MA 01970

RE:
CIVIL ACTION #: 05-10348 RGS
CRIMINAL #: _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on March 30, 2005 by the Honorable RICHARD G. STEARNS

The following documents are included in our file and transmitted herewith:

[✓] Certified copy of the docket entries;
[✓] Certified copy of the transferral order;
[✓] Original documents numbered 1-4
( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT
By: Elaine D. Flaherty
Deputy Clerk

Date: 5/30/05

cc: Counsel, File

---

The documents listed above were received by me on June 2, 2005 and assigned the following case number: 05-171A

By: _____
Asst Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)